# First District Court of Appeal
## State of Florida

_____

No. 1D19-332
_____

Tommy Thompson,

Appellant,

v.

State of Florida,

Appellee.

_____

On appeal from the Circuit Court for Liberty County.
Barbara K. Hobbs, Judge.

July 8, 2019

Per Curiam.

Affirmed.

Roberts, Wetherell, and M.K. Thomas, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Tommy Thompson, pro se, Appellant.

Ashley Moody, Attorney General, and Steven E. Woods, Assistant Attorney General, Tallahassee, for Appellee.